IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| KHALEEF DANIELS | : | NO. 09-569-01 |

## **ORDER**

**AND NOW**, this 27th day of May, 2010, upon consideration of Defendant Khaleef Daniels's Motion to Suppress Statements (Docket No. 41), which we granted in part and deferred in part after a May 11, 2010 hearing, and for the reasons stated in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Motion is **DENIED** insofar as it seeks to suppress the following two statements: (1) "Watch it, it has a head in it. It's mine. Niggers are after me."; and (2) "I knew you were going to find them anyway."

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.